```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         MAY 29 2024

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:23-cr-00037-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER FOR RELEASE** |
| MAEGAN DOREMUS, | |
| Defendants. | |

On May 29, 2024, this Court held a hearing ordering that the Defendant be released from custody once a bed becomes available at the New Frontier residential treatment program (ECF No. 33.)

On May 29, 2024, Pretrial Services Officer Misty Sanchez confirmed that a bed will be available for the Defendant on May 30, 2024.

THEREFORE, the Court finds that Maegan Doremus shall be released from custody on **Thursday, May 30, 2024,** at **9:00 a.m.**, and shall be immediately transported to New Frontier by Janalee Morris.

**IT IS SO ORDERED.**

DATED: May 29, 2024

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE